UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MONICA LEE PATINO,<br><br>          Defendant. | No. CR-04-6025-FVS<br><br>ORDER REVOKING SUPERVISED RELEASE |

     The Court, having accepted the parties' agreement dated September 8, 2005; and the defendant having admitted a violation of supervised release; Now, therefore

     **IT IS HEREBY ORDERED:**

     1.  The defendant's motion to dismiss case, **Ct. Rec. 37,** is **DENIED.**

     2.  The defendant's supervised release is **REVOKED.**

     3.  The defendant is committed to the custody of the Bureau of Prisons for a term of 13 months imprisonment.

     **IT IS HEREBY RECOMMENDED:**

     1.  That the defendant be allowed to participate in whatever programs of treatment are appropriate given her needs.

     2.  That the defendant receive credit for time served in federal custody.

     **IT IS SO ORDERED.**  The District Court Executive is hereby

ORDER REVOKING SUPERVISED RELEASE - 1

1  directed to enter this Order and furnish copies to counsel.

2      **DATED** this <u>12th</u> day of September, 2005.

3

4                          <u>s/ Fred Van Sickle</u>
                            Fred Van Sickle
                      United States District Judge

ORDER REVOKING SUPERVISED RELEASE - 2